JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Kohler,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RSM Food Corp., et al.,<br><br>　　　　Defendant(s).<br>_____ | SACV 12-01130 JVS (ANx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:　　November 15, 2012

_____
James V. Selna
United States District Judge